**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OMEGA PATENTS, LLC,**

    **Plaintiff/Counter-Defendant,**

**-vs-**                                               **Case No. 6:06-cv-893-Orl-22DAB**

**ASTROFLEX, INC.,**

    **Defendant/Counter-Claimant.**

_____

**ORDER AND**
**NOTICE OF HEARING**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **UNOPPOSED MOTION FOR CASE MANAGEMENT CONFERENCE BEFORE MAGISTRATE JUDGE BAKER (Doc. No. 59)**
>
> **FILED:**   **April 6, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**TAKE NOTICE** that Case Management Conference and Motion Hearing on Plaintiff's Motion for Leave to File First Amended Complaint (Doc. No. 58) and Plaintiff's Motion to Extend Time to Serve Expert Disclosures (Doc. No. 60) will be held before the undersigned on **TUESDAY**, **APRIL 17, 2007** at **10:30 A.M.** in Courtroom #6, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.

Counsel of record and every unrepresented party shall attend the Case Management Conference and Motion Hearing.  Counsel appearing on behalf of a particular party shall be either the actual trial counsel or counsel empowered to direct the course of litigation and enter into settlements on behalf of the represented party.  **Counsel and any party to this case wishing to participate in this hearing by telephone conference call may do so by calling Chambers to make advance arrangements at least one day prior to the hearing at telephone number (407) 835-4290.**

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2007.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

**PLEASE NOTE**:  **Photo identification** is required to enter the United States Courthouse.  Also, **cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.